IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| MICHAEL WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-1152 |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | |
| TENNESSEE CVS PHARMACY, LLC, | ) | Jury Demanded |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TENNESSEE CVS PHARMACY, LLC'S
MOTION FOR LEAVE TO MANUALLY FILE PHYSICAL EVIDENTIARY
MATERIALS**

Defendant Tennessee CVS Pharmacy, LLC ("CVS") submits this Motion for Leave to Manually File Physical Evidentiary Materials in connection with the Declaration of Arturo Clavijo being submitted with its Memorandum in Support of Its Motion for Summary Judgment. Exhibit 1 to the Declaration of Arturo Clavijo is a CD containing video footage. The evidence is contained on a physical CD and cannot be submitted electronically through the Court's electronic filing system. A copy of the CD, along with the original version of the video, has been produced to Plaintiff's counsel.

s/ John J. Park
Waverly D. Crenshaw, Jr. (# 9942)
John J. Park (# 25623)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
(615) 244-6804 facsimile
waverly.crenshaw@wallerlaw.com
john.park@wallerlaw.com

Attorneys for Defendant

11494963.1