# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL WALLS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:12-cv-1152 |
| TENNESSEE CVS PHARMACY, LLC, | ) ) ) |
| Defendant. | ) |

## STIPULATIONS FOR TRIAL

Pursuant to this Court's July 7, 2014 Order Resetting Jury Trial, Plaintiff Michael Walls ("Plaintiff") and Defendant Tennessee CVS Pharmacy, LLC ("Defendant"), by and through their attorneys, hereby agree to the following stipulations for the purposes of the trial in this action:

1. The parties stipulate to the authenticity of the video footage contained on the CD bearing bates label CVS_WALLS_00449, and identified as Defendant's Exhibit D-61 and Plaintiff's Exhibit P-1.

2. The parties stipulate to the authenticity of the medical records identified as Defendant's Exhibits D-55, D-56 and D-57.

3. The parties agree that copies of documents, recordings and photographs may be used at trial in place of original documents, recordings and photographs.

| | |
|---|---|
| MICHAEL WALLS | TENNESSEE CVS PHARMACY, LLC, |
| By his attorneys, | By its attorneys, |
| /s/ Jeffery S. Frensley | /s/ Todd M. Reed |
| Jeffery S. Frensley | Todd M. Reed (*pro hac vice*) |
| Ray & Frensley | Locke Lord LLP |
| 211 Third Avenue North | 2800 Financial Plaza |
| Nashville, Tennessee 37201 | Providence, Rhode Island 02903 |
| | (401) 274-9200 |
| | (401) 276-6611 (fax) |
| | todd.reed@lockelord.com |
| | |
| | and |
| | |
| | Waverly D. Crenshaw, Jr. |
| | WALLER LANSDEN DORTCH & DAVIS LLP |
| | Nashville City Center |
| | 511 Union Street |
| | Suite 2700 |
| | Nashville, TN  37219 |
| | (615) 244-6380 |
| | (615) 244-6804 (fax) |
| | waverly.crenshaw@wallerlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2015, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Todd M. Reed